FILED  
United States Court of Appeals  
Tenth Circuit  

October 16, 2013  

Elisabeth A. Shumaker  
Clerk of Court  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  

─────────────────────────────

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>　　Plaintiffs - Appellants,<br><br>and<br><br>THE TOWN OF SUPERIOR, a Colorado municipality, et al.,<br><br>　　Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>　　Defendants - Appellees,<br><br>and<br><br>JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,<br><br>　　Defendant-Intervenors - Appellees. | Nos. 12-1508 and 12-1509 |

─────────────────────────────

**ORDER**

─────────────────────────────

Appellants have tendered a supplemental appendix. The filing of such an appendix is not permitted without leave of court. 10th Cir. R. 30.2(B). Accordingly, the supplemental appendix tendered by Appellants will not be filed.

**No later than October 21, 2013**, Appellants may file a motion seeking leave to file the supplemental appendix. Appellants are reminded that any such motion must contain a statement of the opposing party's position. 10th Cir. R. 27.3(C).

                                       Entered for the Court
                                       ELISABETH A. SHUMAKER, Clerk

                                       by: Jane K. Castro
                                           Counsel to the Clerk