UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS AND ROCKY MOUNTAIN WILD, | No. 12-1508, 12-1509 |
| *Appellants,* | D.C. No. 11-3294-PAB (consolidated with 12-34-PAB & 12-388-PAB) |
| v. | District of Colorado |
| U.S. FISH AND WILDLIFE SERVICE, <u>et al</u>., | **APPELLANTS' JOINT MOTION TO FILE SUPPLEMENTAL APPENDIX** |
| *Defendants-Appellees,* | |
| JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS, <u>et al</u>., | |
| *Intervenors-Appellees.* | |

In accordance with 10th Cir. R. 30.2(B), Appellants WildEarth Guardians,

Rocky Mountain Wild and Town of Superior seek leave to file three documents in

a Supplemental Appendix, which was tendered to the Court on October 15, 2013.

Although these documents were part of both the record before the district court and

are part of Federal Appellees U.S. Fish and Wildlife Service's (FWS)

administrative record in this case, FWS and the Intervenor-Appellees state they

object to this filing. The three documents are presented in Appellants'

Supplemental Appendix to respond to certain arguments raised by Appellees in

their Response Brief.  None are being submitted to support new arguments by Appellants.

The first document is a map (Figure 27) from the Environmental Protection Agency' 2006 Corrective Action Decision/Record of Decision (CAD/ROD), which depicts elevated levels of plutonium within a portion of the Corridor where the Tolled Highway will be constructed. Appellants' Supp. App. at 1.  FWS argues the plutonium levels are below certain levels. FWS Opp. at 37.

The second document is a FWS email concerning air quality impacts that will result from the challenged action in this appeal – the Land Exchange. Appellants' Supp. App. at 2-4.  It is used to respond to an argument FWS offers in relying upon an outdated 2003 study. FWS Opp. at 47.

The third document is a comment letter submitted to FWS on its Draft Environmental Assessment, detailing the risks to public health and safety from plutonium found within the Corridor's soils. Appellants' Supp. App. at 5-19.  The letter expands upon prior comments provided by the same individual, which was included in Appellants' Appendix but not addressed by FWS in its response brief. See App. 284-86; 290-94.

Appellants respectfully request this Court allow the filing of a Supplemental Appendix.

Respectfully submitted,


Dated: October 21, 2013

*/s/ Neil Levine*
Neil Levine
Law Office
4438 Tennyson St.
Denver, Colorado 80212
303-455-0604
nlevine@grandcanyontrust.org

Matthew Sandler
Rocky Mountain Wild
1536 Wynkoop St. Suite 303
Denver, Colorado 80202
303-546-0214 ext. 1
matt@rockymountainwild.org

*Attorneys for Appellants*
*WildEarth Guardians and Rocky*
*Mountain Wild*


*/s/ Timothy Gablehouse*
Timothy Gablehouse
Melanie Granberg
Gablehouse Granberg, LLC
410 Seventeenth Street #1375
Denver, CO 80202
303-572-0050
Fax: 303-572-3037
tgablehouse @gcgllc.com

*Attorneys for Appellant*
*Town of Superior*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I filed this APPELLANTS' JOINT

MOTION TO FILE SUPPLEMENTAL APPENDIX using the Tenth Circuit's ECF

system for filing and transmittal of a Notice of Electronic Filing.


/s/ *Neil Levine*
Neil Levine

Attorney for Appellants


## CERTIFICATE OF ECF COMPLIANCE

I hereby certify that: (1) no information appears that is required to be redacted

to protect privacy; (2) no hard copies are required to be filed; and (3) the ECF

submission was scanned for viruses with the most recent version of a commercial

virus scanning program, and according to the program is free of viruses.


/s/ *Neil Levine*
Neil Levine

Attorney for Appellants