FILED
United States Court of Appeals
Tenth Circuit

November 4, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>THE TOWN OF SUPERIOR, a Colorado municipality, et al.,<br><br>    Plaintiffs – Appellants,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,<br><br>    Defendant-Intervenors - Appellees. | Nos. 12-1508 and 12-1509 |

_____

**ORDER**
_____

    This matter is before the court on the Appellants' joint motion to file a supplemental appendix, the Federal Appellees' response in opposition thereto, in which the Intervenor Appellees join, and the Appellants' reply in support of their motion. The Appellants seek leave to supplement their appendix with three documents. The

Appellees oppose Appellants' request, but ask that they be allowed to surreply and to supplement their own appendix with twelve additional pages.

At the direction of the panel assigned to hear this case on the merits, the Appellants' joint motion and the Appellees' request to file a surreply are conditionally granted. The supplemental appendices tendered by both the Appellants' and the Appellees are accepted for filing and the clerk is directed to edit the docket to reflect that the Appellees' response is also a Surreply Brief. However, the panel reserves the right, upon further consideration, to decline to consider the additional records. The parties will be permitted to argue the points addressed by these supplemental records at oral argument.

                                          Entered for the Court
                                          ELISABETH A. SHUMAKER, Clerk

                                          by: Jane K. Castro
                                              Counsel to the Clerk